IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO HERNANDEZ, on behalf of himself and all other persons similarly situated known and unknown,<br><br>   Plaintiff,<br>v.<br><br>GREG CHRISTIAN CATERING, INC. and GREG CHRISTIAN, individually,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08 C 1202 |

## STIPULATION TO DISMISS

Plaintiff, Francisco Hernandez, by his attorneys, Werman Law Office, P.C., hereby stipulates that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

              By: s/Douglas M. Werman
                 Attorney for Plaintiffs

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008