IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRANCISCO HERNANDEZ, on behalf of himself )
and all other persons similarly situated known and )
unknown, )
                                                                )
          Plaintiff, )
v. )
                                                                )
GREG CHRISTIAN CATERING, INC. )   Case No. 08 C 1202
and GREG CHRISTIAN, individually, )
                                                                  )
          Defendants. )

## NOTICE OF FILING

TO:    Sara R. McClain
          Kralovec Meenan, LLP
          53 West Jackson Blvd., Ste. 1102
          Chicago, IL 60604

       **PLEASE TAKE NOTICE** that on July 28, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Stipulation to Dismiss**, a copy of which is attached hereto.

                                                     Respectfully submitted,

                                                     s/Douglas M. Werman
                                                     Douglas M. Werman (ARDC #6204740)
                                                     Maureen A. Bantz (ARDC# 6289000)
                                                     Werman Law Office, P.C.
                                                     77 W. Washington, Suite 1402
                                                     Chicago, Illinois 60602
                                                     (312) 419-1008

                                                     Attorneys for Plaintiffs